2012R00926

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 13-30 (JHR) |
| v. | : | |
| JOHN MUYEKA | : | <u>BAIL ORDER</u> |

This matter having been opened by the Court, on its own motion, to modify the terms of the bail conditions of the defendant, JOHN MUYEKA, and for the reasons stated on the record, the Court will order the defendant, in addition to all the other terms and conditions imposed on or about September 20, 2012 (*see* Mag. No. 12-7235 (CLW), Docket No. 10), which remain in effect, to resolve any and all outstanding warrants and comply with all court-ordered obligations by the date of his federal sentencing, with documentary evidence of same to be provided at the request of Pretrial Services.

**IT IS, therefore, on this 16th day of January, 2013**

ORDERED, that defendant's September 20, 2012 bail conditions shall remain in effect.

IT IS FURTHER ORDERED that the defendant shall resolve any and all outstanding warrants and comply with all court-ordered obligations by the date of his federal sentencing, with documentary evidence of same to be provided at the request of Pretrial Services.

_____
HONORABLE JOSEPH H. RODRIGUEZ
United States District Judge

At Camden, New Jersey